JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
JUVENAL GODINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 05-CR-00286 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | AND ORDER THEREON |
| | ) | |
| JUVENAL GODINEZ, | ) | |
| Defendant. | ) | |

The defendant, JUVENAL GODINES, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and David L. Gappa, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from May 21, 2007 to **May 29, 2007** at **9:00 a.m.**  This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: May 17, 2007

   /s/ John F. Garland
   JOHN F. GARLAND
   Attorney for Defendant

Dated: May 17, 2007

   McGregor W. Scott
   United States Attorney


   /s/ David L. Gappa
   By: DAVID L. GAPPA
   Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the status conference for defendant JUVENAL GODINEZ is continued to May 29, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                          /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE